UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

CRIMINAL ACTION NO. 06-13

UNITED STATES OF AMERICA,     PLAINTIFF

v.     **ORDER**

WILMER MARCUS MELENDEZ,     DEFENDANT

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Magistrate Judge's recommendation regarding the defendant's admitted violations of the terms of his supervised release (DE 47). No party has filed objections to the recommendation and the defendant has waived his right to appear before the district judge and to make a statement and present mitigating information (DE 48).

Accordingly, the Court hereby ORDERS that the magistrate judge's recommendation is ADOPTED as the Court's opinion. The Court will enter a judgment consistent with the recommendation.

Dated September 1, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY