UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>WILMER MARCUS MELENDEZ,<br>    Defendant. | CRIMINAL NO. 6:06-13-KKC<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a recommended disposition (DE 99) in which the Magistrate Judge makes certain recommendations regarding the defendant's admitted violations of the terms of his supervised release. No party has filed objections to the recommendation and the defendant has waived (DE 100) his right to appear before the district judge and to make a statement and present mitigating information.

Accordingly, the Court hereby ORDERS that the recommended disposition (DE 99) is ADOPTED as the Court's opinion. The United States Probation Office SHALL prepare a judgment consistent with the recommendation.

This 21st day of March, 2022.

*[Signature]*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY